ORIGINAL

# In The United States Court of Federal Claims

No. 06-383T

(Filed: June 26, 2007)

FILED
JUN 26 2007
U.S. COURT OF FEDERAL CLAIMS

HARRY G. SCHORTMANN, JR., and
JACQUELINE SCHORTMANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On February 21, 2007, defendant filed a motion for summary judgment and memorandum in support thereof. On May 4, 2007, defendant filed a motion to modify the discovery scheduling order, entered on March 9, 2007. Plaintiffs have not yet filed a response to either motion. Accordingly:

1. On or before August 7, 2007, plaintiffs shall file their responses to defendant's motion for summary judgment, and to defendant's motion to modify the discovery scheduling order; and

2. On or before August 21, 2007, defendant shall file its reply in support of its motion for summary judgment.

**IT IS SO ORDERED.**

Francis M. Allegra
Judge