IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-383 T
(Honorable Francis M. Allegra)

HARRY G. SCHORTMANN, Jr. and
JACQUELINE SCHORTMANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

# JOINT STATUS REPORT

Counsel for the parties hereby submit their joint status report to indicate how this case should proceed, pursuant to the Court's order of January 12, 2007. The parties have consulted and have received the Court's order of June 26, 2007, setting deadlines for the plaintiffs' responses to the defendant's motion for summary judgment and motion to

modify the discovery scheduling order and defendant's reply thereto, and will proceed accordingly.

Respectfully submitted,

s/Miriam L. Fisher (with consent)
MIRIAM L. FISHER
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
(202) 739-5489

Dated: June 29, 2007

Attorney for Plaintiffs

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
W. C. RAPP
Senior Trial Attorney

s/W.C. Rapp
Of Counsel

Dated: June 29, 2007

Attorneys for Defendant