**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HARRY G. SCHORTMANN, Jr. and JACQUELINE SCHORTMANN,** **Plaintiffs,** | ) | **No. 06-383T** |
| **v.** | ) | **Judge Francis M. Allegra** |
| **THE UNITED STATES,** **Defendant.** | ) | |

**AFFIDAVIT OF APPOINTMENT**

Plaintiffs Harry G. Schortmann, Jr. and Jacquelibne Schortmann have appointed a new attorney of record to represent them in addition to Miriam L. Fisher, who was appointed on June 21, 1007. The newly appointed attorney of record shall be:

Mary Elizabeth Rinaldi
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Respectfully submitted,

Mary Elizabeth Rinaldi
s/Mary Elizabeth Rinaldi
MARY ELIZABETH RINALDI
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5177
(202) 739-3001 (Facsimile)
*Counsel for Plaintiff*

**District of Columbia**
Subscribed and sworn to me this 7th day of August, 2007.

Frances E. Sparkman
Notary Public

Frances E. Sparkman
Notary Public, District of Columbia
My Commission Expires 11-30-2009

FRANCES E. SPARKMAN NOTARY PUBLIC DISTRICT OF COLUMBIA