IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-383T
(Honorable Francis M. Allegra)

HARRY G. SCHORTMANN, Jr. and
JACQUELINE SCHORTMANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

RESPONSE OF PLAINTIFFS TO
MOTION OF THE UNITED STATES
TO MODIFY THE SCHEDULING ORDER FOR DISCOVERY

---

The Plaintiffs do not object to the Defendant's Motion to Modify the Scheduling Order for Discovery to extend the discovery period in this case to 90 days after this honorable Court rules on the Defendant's Motion for Summary Judgment.

s/Mary Elizabeth Rinaldi

MIRIAM L. FISHER
MARY ELIZABETH RINALDI
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5489
(202) 739-3001 (Facsimile)