# In The United States Court of Federal Claims

No. 06-383T

(Filed: August 8, 2007)

HARRY G. SCHORTMANN, JR., and
JACQUELINE SCHORTMANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 4, 2007, defendant filed a motion to enlarge the deadline for the close of discovery to 90 days following the disposition of its pending motion to dismiss. On August 7, 2007, plaintiffs indicated that defendant's motion to enlarge is unopposed. Defendant's motion is hereby **DENIED**. Instead, all discovery will be stayed until further order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge