# In The United States Court of Federal Claims

No. 06-383T

(Filed: October 4, 2007)

HARRY G. SCHORTMANN, JR., and
JACQUELINE SCHORTMANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument on the parties' motion for summary judgment will be held in this case on Friday, November 2, 2007, at 2:00 p.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge