# In The United States Court of Federal Claims

No. 06-383T

(Filed: November 1, 2007)

---

HARRY G. SCHORTMANN, JR., and
JACQUELINE SCHORTMANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Oral argument on the parties' motion for summary judgment will be held in this case on Friday, November 2, 2007, at 2:00 p.m. (EST). At oral argument, counsel shall be prepared to discuss whether the language "with interest as provided by law" in the Form 870-AD applies only to "deficiencies and additions to tax," and therefore does not apply to settlements of overassessments of tax.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge