# In The United States Court of Federal Claims

No. 06-383T

(Filed: November 2, 2007)

HARRY G. SCHORTMANN, JR., and
JACQUELINE SCHORTMANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The court held oral argument on defendant's motion for summary judgment on Friday, November 2, 2007, at 2:00 p.m. (EST). For the reasons discussed at oral argument, the court hereby orders that defendant, on or before November 30, 2007, shall file a memorandum on the application of *Library of Congress v. Shaw*, 478 U.S. 310 (1986) to this case, or, alternatively, a notice that it has elected not to pursue that argument. Should defendant elect to pursue the argument and file the memorandum, plaintiffs' response shall be due on or before January 9, 2008.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge