IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-383 T
(Honorable Francis M. Allegra)

HARRY G. SCHORTMANN, Jr. and
JACQUELINE SCHORTMANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION FOR ENLARGEMENT

The United States moves for an enlargement of time of 14 days, from April 29, 2008, to and including May 13, 2008, within which to file a joint status report pursuant to the Court's order entered April 9, 2008. This is the first motion filed by the United States for this purpose. Plaintiffs' attorneys have indicated that they do not object to the allowance of this motion.

As good cause for this motion, the attorney for the United States states that he is involved in a two-week trial in the case of *Stobie Creek Investments v. United States*, Fed. Cl. No. 05-748 T, which is being tried in Chicago, and anticipates that he will not return to his office until April 25, 2008, after the scheduled conclusion of that trial on April 23, 2008.

WHEREFORE, the United States respectfully requests that the Court grant its motion.

Respectfully submitted,

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
W. C. RAPP
Senior Trial Attorney

April 16, 2008

s/W.C. Rapp
Of Counsel