IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-383 T
(Honorable Francis M. Allegra)

HARRY G. SCHORTMANN, Jr. and
JACQUELINE SCHORTMANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties submit this joint status report, pursuant to the Court's April 9, 2008 order, to discuss how this case should proceed and the need for additional discovery.

As directed by the Court, counsel for the parties have discussed settlement of this case. Given the Court's conclusion in its April 9, 2008 order denying the defendant's motion for summary judgment based on the existence of genuine issues of fact, counsel for the parties believe that additional discovery is necessary to have meaningful settlement discussions and to prepare for trial in this case.

Accordingly, the parties request an additional 140 days from the date of this filing, to and including September 30, 2008, to conduct further discovery in this case, including any written discovery or discovery by deposition testimony.

Plaintiffs' counsel joins in this status report and has authorized defendant to sign on her behalf.

Respectfully submitted,

s/Mary E. Rinaldi
Mary E. Rinaldi, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Attorney for Plaintiffs

May 13, 2008

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
W. C. RAPP
Senior Trial Attorney

s/W.C. Rapp
Of Counsel

May 13, 2008