# In The United States Court of Federal Claims

No. 06-383T

(Filed: May 27, 2008)

---

HARRY G. SCHORTMANN, JR., and
JACQUELINE SCHORTMANN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On May 13, 2008, the parties filed a joint status report wherein they requested further discovery in this case. Accordingly:

1. On or before September 30, 2008, discovery shall be completed;

2. On or before October 14, 2008, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge