# In The United States Court of Federal Claims

No. 06-383T

(Filed: September 26, 2008)

_____

HARRY G. SCHORTMANN, JR., and
JACQUELINE SCHORTMANN,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On September 26, 2008, plaintiff filed an unopposed motion requesting thirty-one day extensions for completing discovery and for filing a joint status report in this case. The court hereby **GRANTS** the motion. Accordingly:

1. On or before October 31, 2008, discovery shall be completed; and

2. On or before November 14, 2008, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

                                                     s/ Francis M. Allegra
                                                     Francis M. Allegra
                                                     Judge