# In The United States Court of Federal Claims

No. 06-383T

(Filed: November 18, 2008)

_____

HARRY G. SCHORTMANN, JR., and
JACQUELINE SCHORTMANN,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Tuesday, December 9, 2008, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**


                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge