# In The United States Court of Federal Claims

No. 06-383T

(Filed: February 10, 2009)

_____

HARRY G. SCHORTMANN, JR., and
JACQUELINE SCHORTMANN,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    The pre-trial conference that was originally scheduled for April 14, 2009, has been rescheduled to April 13, 2009, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the conference.

    **IT IS SO ORDERED.**

                                         s/ Francis M. Allegra
                                         Francis M. Allegra
                                         Judge