# In The United States Court of Federal Claims

No. 06-383T

(Filed: February 11, 2009)

_____

HARRY G. SCHORTMANN, JR., and
JACQUELINE SCHORTMANN,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      Trial in this case will commence at 10:00 a.m. (EST) on Wednesday, April 29, 2009, at the United States District Court for the District of Massachusetts, John Joseph Moakley United States Courthouse, One Courthouse Way, Boston, MA, Courtroom #3.  Each subsequent day of trial will begin at 9:00 a.m. (EST), unless otherwise ordered.

    **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge