# In The United States Court of Federal Claims

No. 06-383T

(Filed: June 3, 2009)

_____

HARRY G. SCHORTMANN, JR., and
JACQUELINE SCHORTMANN,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Trial in this case was held in Boston, Massachusetts on April 29 and 30, 2009. At the close of trial the record remained open pending receipt of the transcript of trial proceedings. On June 2, 2009, the court received a copy of the trial transcript. Proof in this case is now closed.

    **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge