# In The United States Court of Federal Claims

No. 06-383T

(Filed: June 3, 2009)

_____

HARRY G. SCHORTMANN, JR., and
JACQUELINE SCHORTMANN,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

As discussed at the close of trial, post-trial briefing is hereby ordered as follows:

1. On or before July 17, 2009, the parties shall simultaneously file post-trial briefs not to exceed 25 pages.

2. On or before August 17, 2009, the parties shall simultaneously file replies to the initial post-trial briefs not to exceed 10 pages.

3. The court will contact the parties telephonically to arrange a date for closing argument, should such argument be necessary.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge