# In The United States Court of Federal Claims

No. 06-383T

(Filed: June 11, 2009)

_____

| | |
|---|---|
| HARRY G. SCHORTMANN, JR., and<br>JACQUELINE SCHORTMANN, | |
|         Plaintiffs, | |
|    v. | |
| THE UNITED STATES, | |
|         Defendant. | |

_____

**ORDER**

_____

On June 10, 2009, defendant filed an unopposed motion for an enlargement of fourteen days in which to file post-trial briefs. The motion is hereby **GRANTED**. Accordingly,

1. On or before July 31, 2009, the parties shall simultaneously file post-trial briefs not to exceed 25 pages.

2. On or before August 31, 2009, the parties shall simultaneously file replies to the initial post-trial briefs not to exceed 10 pages.

3. The court will contact the parties telephonically to arrange a date for closing argument, should such argument be necessary.

**IT IS SO ORDERED.**

 s/ Francis M. Allegra
Francis M. Allegra
Judge